# DENIED
## BY ORDER OF THE COURT

12/23/15   SJO

**FILED**
CLERK, U.S. DISTRICT COURT

December 23, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KESHVI DHINGRA aka NIKKI NEHA DHINGRA, an individual; ASHISH MALHOTRA, an individual; PLUM DISTRICT, INC., an Inactive Delaware Corporation; SUSAN KIM, and individual; RICK ROCHON, an individual; ANGELSALE LLC, a Florida Limited Liability Company; SNIZHANA TYSHKOVA, an individual; ULINAI GROUP, LLC, a Minnesota Limited Liability Company; MURNIATI HERRICK, an individual; NCROWD, INC., a Delaware Corporation; BRIAN CONLEY, an individual; SWEETJACK, LLC, a Delaware Limited Liability Company; CUMULUS MEDIA, INC., a Delaware Corporation; NEWEGG.COM, INC., a Delaware Corporation; SAVE2GIVE, INC., a California Corporation; ENTERCOM COMMUNICATIONS CORP., a California Corporation, dba GETMYPERKS; and DOES 1-10;<br><br>Defendants. | Case No.: CV15-07649 SJO (FFMx)<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR ASHISH MALHOTRA AND FOURTH STIPULATION TO EXTEND TIME FOR KESHVI DHINGRA TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:<br>October 1, 2015 (Dhingra)<br>November 23, 2015 (Malhotra)<br><br>Current response date:<br>December 21, 2015<br><br>New response date:<br>January 11, 2016 |

-1-
**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR ASHISH MALHOTRA AND FOURTH STIPULATION TO EXTEND TIME FOR KESHVI DHINGRA TO RESPOND TO INITIAL COMPLAINT**

1  Good cause appearing, IT IS HEREBY ORDERED that the deadline for
2  Defendants KESHVI DHINGRA and ASHISH MALHOTRA to file a response to
3  Plaintiff's Complaint shall be extended to January 11, 2016.
4
5  IT IS SO ORDERED.
6
7  Dated: December ___, 2015
8                                           Honorable S. James Otero
                                         United States District Judge

-2-

**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR ASHISH MALHOTRA AND FOURTH STIPULATION TO EXTEND TIME FOR KESHVI DHINGRA TO RESPOND TO INITIAL COMPLAINT**

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 2049 Century Park East, Suite 3850, Los Angeles, California 90067 and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On **December 21, 2015**, I served the following document(s) described as: **[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR ASHISH MALHOTRA AND FOURTH STIPULATION TO EXTEND TIME FOR KESHVI DHINGRA TO RESPOND TO INITIAL COMPLAINT**

[X] **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Los Angeles, California addressed as set forth below.

[ ] **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) at the address set forth below by Now Messenger Service.

[ ] **BY FEDERAL EXPRESS** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

[ ] **BY FACSIMILE TRANSMISSION** as follows: I caused the above-referenced document(s) to be transmitted by facsimile to its intended recipient(s) at the following facsimile number(s) before 5:00 p.m.

[X] **BY ELECTRONIC MAIL (EMAIL) TRANSMISSION** as follows: I caused the above-referenced document(s), in .pdf format, to be transmitted by email to its intended recipient(s) at the following email addresses set forth below.

Keshvi Dhingra & Ashish Malhotra
1305 White Dove Cove
Cedar Park, Texas 78613
Tel: (678) 951-4421
Email: canaba18@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **December 21, 2015**, at Los Angeles, California.

[ ] **STATE:** I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

[X] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

_____
Priya S. Patel