Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
LA GEM & JEWELRY DESIGN, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KESHVI DHINGRA aka NIKKI NEHA DHINGRA, an individual; ASHISH MALHOTRA, an individual; PLUM DISTRICT, INC., an Inactive Delaware Corporation; SUSAN KIM, and individual; RICK ROCHON, an individual; ANGELSALE LLC, a Florida Limited Liability Company; SNIZHANA TYSHKOVA, an individual; ULINAI GROUP, LLC, a Minnesota Limited Liability Company; MURNIATI HERRICK, an individual; NCROWD, INC., a Delaware Corporation; BRIAN CONLEY, an individual; SWEETJACK, LLC, a Delaware Limited Liability Company; CUMULUS MEDIA, INC., a Delaware Corporation; NEWEGG.COM, INC., a Delaware Corporation; SAVE2GIVE, INC., a California Corporation; ENTERCOM COMMUNICATIONS CORP., a California Corporation, dba GETMYPERKS; and DOES 1-10;<br><br>Defendants. | Case No.: CV15-07649 SJO (FFMx)<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS KESHVI DHINGRA, ASHISH MALHOTRA, AND NEWEGG.COM, INC.** |

-1-
**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN PURSUANT TO L.R. 16-15.7 that Plaintiff LA GEM & JEWELRY DESIGN, INC. ("LA GEM"), and Defendants Keshvi Dhingra, Ashish Malhotra, and Newegg.com, Inc. ("DEFENDANTS") have reached a settlement as to Plaintiff's claims.

The parties anticipate submitting the appropriate request for dismissal and proposed order for the same no later than January 21, 2016.

WHEREFORE, the parties respectfully request fourteen days within which to file the dismissal and that all pending deadlines, hearings, and trial dates be vacated as to the settling DEFENDANTS.

Dated: January 7, 2016         Respectfully submitted,
                               **MILORD & ASSOCIATES, P.C.**

                               /s/ Milord A. Keshishian
                               Milord A. Keshishian
                               Attorneys for Plaintiff
                               L.A. GEM & JEWELRY DESIGN, INC.

Dated: January 7, 2016         Respectfully submitted,
                               **LITIGATION LAW GROUP**

                               /s/ Gordon M. Fauth, Jr.
                               Gordon M. Fauth, Jr.
                               Attorneys for Defendant
                               NEWEGG INC.

Dated: January 7, 2016         Respectfully submitted,
                               **WITKOWLAW**

                               /s/ Cory A. Baskin
                               Cory A. Baskin
                               Attorneys for Defendants
                               KESHVI DHINGRA AND ASHISH MALHOTRA

**Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 7, 2016                    /s/ Milord A. Keshishian
                                                               Milord A. Keshishian
                                                               Attorneys for Plaintiff
                                                               L.A. GEM & JEWELRY DESIGN, INC.

MILORD & ASSOCIATES, PC
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878